In the Matter of the Petition of VERONICA PETRULLA, General Guardian of the Person and Property of VERONICA ZVIRBLIS, to Revoke Letters of Administration of ELSA BROSLIN, upon the Estate of JOHN BROSLIN, Deceased, for an Accounting and for Other Relief. VERONICA PETRULLA, Appellant; ELSA BROSLIN, Respondent. — Decree of the Surrogate's Court of Richmond county reversed upon the law and the facts and a new trial ordered before a jury on a framed issue, costs to appellant, payable out of the estate, to abide the event. The court is of opinion that the determination of the surrogate was against the weight of the evidence. Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Hagarty, J., dissents and votes to affirm. Settle order before the presiding justice on two days' notice.

In the Matter of the Application of CAMARCO CONSTRUCTION Co., INC., Respondent, for a Mandamus Order against PERCY L. BARKER and Others, Comprising the Board of Supervisors of the County of Putnam, State of New York, Appellants. — Peremptory mandamus order reversed upon the law and the facts, without costs, and motion denied, without costs, without prejudice to such other remedy as the facts may warrant. The issuance of a mandamus order is within the discretion of the court. Under the facts here presented, this court is of opinion that it was an abuse of discretion to grant the order. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

In the Matter of the Estate of MARY PORIANDA, Deceased. CHARLES M. MILLER, as Administrator, etc., Appellant; ANNIE WRONA, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with costs to respondent payable out of the estate. No opinion. Rich, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents. (Moskowitz v. Marrow, 251 N. Y. 380.) [135 Misc. 389.]

In the Matter of the Application of ROBERT J. SCHIERLOH for a Mandamus Order, Respondent, against JOHN R. WOOD, as Building Inspector of the Village of Tuckahoe, N. Y., Appellant.— Peremptory mandamus order unanimously affirmed, with fifty dollars costs and disbursements. No opinion. The refusal of the Special Term to find as requested by the petitioner in paragraph numbered 5 of the conclusions of law is reversed, and this court makes the following conclusion of law: " 5. That the Zoning Ordinance of the Village of Tuckahoe is entirely illegal and void by reason of the failure of the Board of Trustees of the Village of Tuckahoe to publish a notice of the public hearing pursuant to section 178 of the Village Law." █ Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. Settle order on notice.